UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAYLA KIANI, <br><br> Plaintiff, <br><br> vs. <br><br> TRUSTEES OF BOSTON UNIVERSITY, ET AL. <br><br> Defendants. | CIVIL ACTION NO. 04-CV-11838-PBS |

## ASSENTED-TO MOTION FOR ENLARGEMENT

Pursuant to Fed. R. Civ. P. 6(b), Defendants Trustees of Boston University, et al., request the Court to grant this Motion for Enlargement of time to respond to the complaint in this case, up to and including September 20, 2004. As grounds for this motion, counsel for Defendants states that preexisting professional commitments necessitate this extension.

Defendants state that Plaintiff has no objection to this motion.

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY, ET AL.,
By their attorney,

*/s/ Lawrence S. Elswit*
Lawrence S. Elswit
(BBO #153900)
Boston University
Office of the General Counsel
125 Bay State Road
Boston, Massachusetts 02215
(617) 353-2326

Date: August 26, 2004

AGREED TO:

LAYLA KIANI,
By her attorney,

Date: August 26, 2004

_____
Ben Tahriri
(BBO #652042)
343 Washington Street
Newton, Massachusetts 02458
(617) 965-1090

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each other party by mail/by hand.

Date: 8.26.04  _____

- 2 -