UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAYLA KIANI, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TRUSTEES OF BOSTON UNIVERSITY, ET AL. )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 04-CV-11838-PBS |

### AFFIDAVIT OF M. TRACEY MACLIN

The affiant, M. Tracey Maclin, being duly sworn, states:

1. I am a professor of law at Boston University's School of Law.

2. On Friday, September 12, 2003, I chaired the School of Law Judicial Committee to consider allegations that Layla Kiani, a student in the School of Law and the plaintiff in this lawsuit, had committed plagiarism.

3. The School of Law has a standard protocol to preserve the record of the hearing. Ms. Kiani's hearing, like all disciplinary hearings, is recorded on a digital tape recorder. At the conclusion of the hearing, I gave the tape of the hearing to Linda Skinner, the School of Law's Faculty Services Manager. She, in turn, gave it to Michael Micale of the School's A.V. office. Mr. Micale converted the tape to a CD-Rom.

4. The CD-Rom was stored in the file created for Ms. Kiani's hearing. Subsequently, my colleague, Professor William Ryckman, who had been designated to represent

- 2 -

former Dean Ronald Cass at the hearing, gave a copy to the University's Office of the General Counsel.

    Further affiant sayeth not.

    Subscribed and sworn under the penalties of perjury this 14th day of September, 2004.

_____
M. TRACEY MACLIN