Oct 01 2004 2:50PM   Ben Tahriri Attorney At L   617-965-5020

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11838-PBS

| | | |
|---|---|---|
| LAYLA KIANI | ) | |
|       Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TRUSTEES OF BOSTON UNIVERSITY | ) | |
| & | ) | |
| RONALD CASS | ) | **PLAINTIFF'S MOTION TO** |
| | ) | **EXTEND THE TIME** |
| | ) | **FOR PLEADINGS** |
| & | ) | |
| WENDY MARINER | ) | |
| & | ) | |
| ANDREW KULL | ) | |
| & | ) | |
| CHRISTINE MARX | ) | |
|       Defendants. | ) | |

Now comes the Plaintiff, and hereby states that the Defendants have assented to a Motion to extend the time for pleadings, for the Plaintiff's Opposition to the Defendants' Motion to Dismiss, to October 18, 2004.

DATED: October 1, 2004

                                              Respectfully submitted

                                              Plaintiff, by her attorney

                                              Ben Tahriri
                                              343 Washington Street
                                              Newton, MA 02458
                                              Tel: (617) 965-1090
                                              Fax: (617) 965-5020
                                              BBO# 652042

Assented to:

_Lawrence S. Elswit_
Lawrence S. Elswit, Attorney for the Defendants