# Ben Tahriri
*Attorney at Law*

October 14, 2004

<u>SENT ELECTRONICALLY</u>

Civil Clerk of the Court
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE: Civil Action No. **04-CV-11838-PBS**,
    Layla Kiani v. Trustees of Boston University et al

Dear Clerk of the Court,

    Kindly file the attached Joint Pretrial Statement.

    Thank you for your usual courtesies.

                                              Very truly yours,

                                              Ben Tahriri

Encl: Joint Pre-Trial Statement