UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11838-PBS

| | |
|---|---|
| LAYLA KIANI<br>    Plaintiff,<br><br>vs.<br><br>TRUSTEES OF BOSTON UNIVERSITY<br>&<br>RONALD CASS<br>&<br>WENDY MARINER<br>&<br>ANDREW KULL<br>&<br>CHRISTINE MARX<br>    Defendants. | PLAINTIFF'S MOTION TO<br>EXTEND THE TIME<br>FOR PLEADINGS |

Now comes the Plaintiff, and hereby states that the Defendants have assented to a Motion to extend the time for pleadings, for the Plaintiff's Opposition to the Defendants' Motion to Dismiss, to November 2, 2004.

DATED: October 18, 2004

                                          Respectfully submitted

                                          Plaintiff, by her attorney

                                          Ben Tahriri
                                          343 Washington Street
                                          Newton, MA 02458
                                          Tel: (617) 965-1090
                                          Fax: (617) 965-5020
                                          BBO# 652042

Assented to:

_Lawrence S. Elswit_

Lawrence S. Elswit, Attorney for the Defendants