UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. **04-CV-11838-PBS**

**Layla Kiani**

vs.

**Trustees of Boston University, et al**

CERTFICATE OF SERVICE

I, Ben Tahriri, Esquire, hereby certify that I have this 18th day of October, 2004 served a copy of the foregoing Motion via First Class Mail to:

Attorney Lawrence S. Elswit
Boston University
Office of the General Counsel
125 Bay State Road
Boston, MA 02215

/S/
_____
Ben Tahriri, Esquire
BBO# 652042
343 Washington Street
Newton, MA 02458
Tel: (617) 965-1090
Fax: (617) 965-5020