UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Layla Kiani
Plaintiff,

        V.                                       Civil Action Number
                                                 04-11838-PBS

Trustees of Boston University, et al
Defendant.                                         October 18, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 4/29/05

Summary Judgment Motion filing deadline: 5/13/05

Opposition to Summary Judgment Motions: 5/27/05

Hearing on Summary Judgment or Pretrial Conference: 6/7/05 at 2:00 p.m.

                                                                     By the Court,

                                                                 /s/ Robert C. Alba
                                                                  Deputy Clerk