**EXHIBIT "B"**

by a student in such a class to comply with the instructor's rule may be subject to disciplinary action.

c. *Disruption of BUSL activities or operations*. Conduct that disrupts or impairs BUSL activities or operations may be subject to disciplinary action. The kind of conduct referred to is conduct that by itself or in conjunction with the conduct of others disrupts or impairs the effective carrying on of the activity, a result that the student knew or reasonably should have known would occur.

d. *Damage to or abuse of* BUSL *property, facilities or services*. Students are expected to make responsible and appropriate use of BUSL property and facilities, and of the services provided by BUSL. Conduct that damages or abuses BUSL property, facilities, or services, including, for example willful damage to Law Library materials, or to furniture, classrooms, or offices, and unauthorized use of photo-copying or secretarial services, may be subject to disciplinary action.

e. *Plagiarism*. Plagiarism is the knowing use, without adequate attribution, of the ideas, expressions, or work, of another, with intent to pass such materials off as one's own. All written work, whether in preliminary or final form, submitted by a student in the course of law study, in the course of employment, or in the course of other activities, whether or not related to the study or profession of law, is assumed to be the student's own work. Anything copied or paraphrased from another author or source must be appropriately identified, acknowledged, and attributed. The use of the exact language of another without identification as a direct quotation by quotation marks or otherwise is plagiarism even though the source is cited in the student's work. Violation of the rules stated in this paragraph may be subject to disciplinary action.

f. *Examinations*. Students are required to comply with the rules established for examinations, including both those established by BUSL and those established by the instructor giving the examination. Violation of the rules set for any examination, including "take-home" examinations, may be subject to disciplinary action. The examination rules established by BUSL include the following:

>    (1) Students may have in their possession only those materials permitted by the instructor, and they may consult books, notes, other material, or other persons, only as authorized by the instructor.

>    (2) Students must stop writing and turn in their in-class examination papers when time is called.

g. *Sales or purchase of class notes*. The sale, offering for sale, or purchase, directly or indirectly, of lecture notes, class notes, case abstracts, or similar material, acquired through attendance at BUSL, by any student or group of students or their agents, is prohibited and may be subject to disciplinary action.

h. *Recording devices*. Recording devices are prohibited in the classroom except with the permission of the Dean and of the instructor. The use of such devices in the classroom without such permission may be subject to disciplinary action.

i. *Rules of the Career Development Office*. Students are required to comply with the rules established by BUSL Career Development Office. In particular, no student who has accepted an offer of employment shall use the facilities of the Office to secure interviews for employment to a conflicting position. No student who has accepted an offer of employment in a law-related position shall rescind that acceptance or accept an offer for employment to a