**EXHIBIT "C"**

based upon the evidence introduced at the hearing. The student shall promptly be given a copy of the Judicial Committee's report and notified of the right to submit a statement pursuant to Article VIII, below.

6. **Forms of disciplinary action.** The following are the forms of disciplinary action that may be taken pursuant to the decision of a Judicial Committee:

a. *Reprimand*. The student may receive a reprimand. The reprimand is part of the student's permanent record, but is not recorded upon the student's transcript.

b. *Censure*. The student may receive a censure. The censure is part of the student's permanent record and is recorded upon the student's transcript.

c. *Suspension*. The student may be suspended for a determinate period with permission to return at the end of that period. The suspension is part of the student's permanent record and is recorded upon the student's transcript. A suspension may be stayed subject to the proviso that the stay shall terminate automatically if, during such stay, the student is found to have violated these Regulations.

d. *Expulsion*. The student may be expelled. Expulsion terminates the student's status as a law student. The expulsion is part of the student's permanent record and is recorded upon the student's transcript.

The Judicial Committee may also impose such other conditions as it deems appropriate under the circumstances of the particular case. These may include, but are not limited to, notification of disciplinary action to third parties and restitution to BUSL or other parties.

7. **Presumption in plagiarism cases.** In any case in which a student is found to have committed plagiarism, the presumptive sanction is expulsion or suspension.

8. **Disqualification from honors.** When the Judicial Committee determines that disciplinary action is warranted it shall also determine whether the student, so disciplined, is disqualified from consideration for honors upon graduation. Such determination shall be made a part of its report.

9. **Notification to faculty member.** In the event that the Judicial Committee finds that disciplinary action is warranted in a case involving conduct during an examination, seminar paper, or other work in a course or seminar, the faculty member responsible for grading such course or seminar shall be notified and shall receive a copy of the decisions of the Judicial Committee and Disciplinary Review Panel. The faculty member shall be entitled to alter the grade of the student to take account of the disciplinary violation.

10. **Effect of decisions of a Judicial Committee.** Decisions of a Judicial Committee finding that a rule violation or unprofessional conduct has been established take effect after review and adoption by the Disciplinary Review Panel pursuant to Article VIII, below.

11. **Summary of decisions published.** In cases in which a rule violation or unprofessional conduct has been established, a brief summary of the action of the Judicial Committee, including the charge, a summary of the Judicial Committee's report, and the disciplinary action taken, if any, shall be published within BUSL unless the Dean determines otherwise. The summary shall not identify the student.

**Article VIII. Review of Judicial Committee Decisions**

1. **Review by the Disciplinary Review Panel.** A student who has been found to have committed a disciplinary violation may appeal that decision to the Disciplinary Review Panel. The student must