# Ben Tahriri
*Attorney at Law*

December 9, 2004

<u>SENT ELECTRONICALLY</u>

Civil Clerk of the Court
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE: Civil Action No. **04-CV-11838-PBS**,
    Layla Kiani v. Trustees of Boston University et al

Dear Clerk of the Court,

    Attached, please find a copy of the Plaintiff's Objection to the Report and Recommendation on the Motion to Dismiss, and accompanying Exhibits. Kindly file same.

    Thank you for your usual courtesies.

                                                             Very truly yours,

                                                              /S/

                                                            Ben Tahriri

Encl: Objection to Motion