UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Layla Kiani | |
| Plaintiff, | CIVIL ACTION |
| | NO.   04-11838-PBS |
| v. | |
| Trustees of Boston University, et al | |
| Defendants. | |

## NOTICE OF RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.                                                                                                March 22, 2005

The Summary Judgment Motion Hearing/Pretrial Conference previously scheduled for June 7, 2005, has been **rescheduled** to **June 6, 2005, at 3:00 p.m.**

By the Court,

_/s/ Robert C. Alba_
Deputy Clerk

Copies to:  All Counsel

resched.ntc