# Benjamin B. Tariri
*Attorney at Law*

April 29, 2005

<u>SENT ELECTRONICALLY</u>

Civil Clerk of the Court
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE: **Civil Action No. 04-CV-11838-PBS,**
    **Layla Kiani v. Trustees of Boston University et al**

Dear Clerk of the Court,

    Attached, please find a copy of the Plaintiff's Motion to Extend the Time of Discovery, and the accompanying Exhibits. Kindly file same.

    Thank you for your usual courtesies.

                                Very truly yours,

                                /s/ Benjamin B. Tariri

Encl: Motion
       Exhibits

343 Washington Street, Newton, MA 02458
Tel: (617) 965-1090 Fax: (617) 965-5020   Email:legal@youandlaw.com