# Benjamin B. Tariri
*Attorney at Law*

clients to provide same. As always, your cooperation in this matter will be greatly appreciated. Thank you very much.

Very truly yours,

Benjamin B. Tariri

Enclosures: List of unanswered Questions and Requests