# Benjamin B. Tariri
*Attorney at Law*

identify each inaccurate item of information and state the correct information according to your records.

## INTERROGATORY NO 21.

With respect to the document entitled "DISCIPLINARY REGULATIONS FOR ALL BUSL STUDENTS" in effect in January 2000: identify any parties or personnel who were consulted or who participated in the writing and adoption of these regulations. Include in your answer, the procedures used in the adoption of proviso, the number of drafts produced, the keeper of the record of those drafts and the date of any modification of and the identity of the keeper of the record of those drafts and orders of adoption.

## INTERROGATORY NO 22.

Please describe in detail the exact steps taken from September 2000 to March 1, 2004, for discovering and investigating the Plaintiff's acts of alleged plagiarism by each and every agent, servant or employee of Defendants or acting at the request of or on behalf of Defendants (including but not limited to: Professors [whether full or assistant or associate, to wit: any educational instructor or assistants or staff of said instructors], Deans and Members of any Judicial Committee convened of, or concerning any allegation of violation of the "Disciplinary Regulations For All BUSL Students" and any supporting staff of these employees as it concerns any and all acts of alleged plagiarism by Plaintiff, include therein the days, date, time and procedure taken for issuing any grade, the days, date of entry of any grades as 'the grade' for the course, the days and date of entry of any change in any course-grade issued to Plaintiff due to plagiarism, include therein a description of any and all conversations between any and all of the aforementioned agents servants and employees of Defendants.