# Benjamin B. Tariri
*Attorney at Law*

**REQUEST NO. 10**

Any and all forms of communications or documents, of or concerning, or made in conjunction with or which proves the existence of any discussion with Plaintiff by any Dean or Assistant Dean on any allegation made by any faculty member and/or consultations with the appropriate Director.

**REQUEST NO. 13**

Any and all documents or communications containing to the charges drawn by the Dean and submitted to the Judicial Committee and to Plaintiff on any and all reports or complaints to the Dean as it concerns Plaintiff, and which resulted in the termination of Plaintiff from Boston University Law School.

**REQUEST NO. 14**

Any and all documents or communications of any form as it concerns the selection by the Dean of the composite members of the Judicial Committee selected to serve and dispose of and/or hear charges brought against Plaintiff which resulted in the refusal to allow the Plaintiff to graduate with her class, and which resulted in her ultimate termination from Boston University Law School.

**REQUEST NO. 15**

Any and all documents or communications of any form as it concerns the Judicial Committee's consideration of the effect of the Plaintiff's handicap and side effect of medications being taken during the time Plaintiff was a student at Boston University Law School.

**REQUEST NO. 16**

For the period of time from the passage of the Americans With Disabilities Act and the Rehabilitation Act of 1973, to the present (1973-2005), any and all documents as it concerns requests for any and all students who have made requests of, or concerning, accommodations which they asserted were essential to their academic pursuits, such as but not limited to access to private rooms to listen to class tapes and the utilization of