Ben Tahriri, Esq.
Page 4
April 27, 2005

Ms. Kiani's rights were violated. The University's behavior more than thirty years ago is irrelevant. How other students were treated is irrelevant.

Again, I have no idea why you are objecting to the University's response to <u>Document Request No. 20</u>, because you were given all responsive materials. The University is not under any obligation to create a transcript, but, notwithstanding that, I did give you a partial transcript (it was all the University created) and a CD Rom of the hearing. Feel free to have it transcribed at your own expense. The University is under no further duty.

*   *   *   *

Your letter threatens to seek judicial relief under Federal Rule of Civil Procedure 37. You do so at your own peril. <u>See</u> Fed. R. Civ. P. 37(a)(4)(B). From the day I received your first letter, I have been very candid in expressing my view that this case is ill-conceived, that your client does not have any viable claims, and that the charges leveled against my clients are unfocused. I do not want to suggest that I lack sympathy for your client, but the law does not provide relief for sympathy, and it does not support a claim merely because she has struggled with difficult issues all her life. The bottom line is that Boston University and its faculty have behaved fairly and ethically. Your client has been given the benefit of every doubt. She received all the rights that were due to her.

Your last-minute attempt to seek discovery to which you are not entitled is an unnecessary distraction as the case draws to a conclusion. You are wasting your time and my time, and Judge Saris, notwithstanding her extraordinary patience, may not be pleased if you waste the Court's time. I encourage you to think long and hard before you seek judicial relief.

Sincerely,

*[signature]*

Lawrence S. Elswit

LE:ksc

cc: Maureen O'Rourke, Dean *ad interim*