**Boston University**

Office of the General Counsel
125 Bay State Road
Boston, Massachusetts 02215
Tel: 617-353-2326
Fax: 617-353-5529



Todd L. C. Klipp
*Vice President and
General Counsel*

Michael B. Rosen
Lawrence S. Elswit
Stephen A. Williams
Dennis C. Hart
Erika Geetter
Willis G. Wang
Diane Levine Gardener
Crystal D. Talley

May 11, 2005

FILED ELECTRONICALLY

Clerk, United States District Court
United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Re:  Layla Kiani v. Trustees of Boston University
(U.S. District Court, C.A. No. 04-CV-11838-PBS)

Dear Sir/Madam:

Attached please find Trustees of Boston University's Motion for a Protective Order and a Memorandum in Support of Motion for a Protective Order and in Opposition to Plaintiff's Motion to Extend the Time of Discovery, with exhibits. Please bring these documents to the attention of the Court. Thank you for your cooperation.

Sincerely,

Lawrence S. Elswit

Attachments

cc:  Ben Tariri, Esq. (w/enclosures)