UNITED STATES DISTRICT COURT  **Exhibit 4**
DISTRICT OF MASSACHUSETTS

C. A. NO. 04-CV-11838-PBS

```
_____
LAYLA KIANI                         )
                    Plaintiff,      )
                                    )
                                    )
TRUSTEES OF BOSTON                  )
UNIVERSITY                          )
                    Defendants.     )
                                    )
                                    )
_____ )
```

NOTICE OF TAKING OF DEPOSITION OF THE KEEPER OF RECORDS OF BOSTON UNIVERSITY

To:   Attorney Lawrence S. Elswit
      Boston University
      Office of the General Counsel
      125 Bay State Road
      Boston, MA 02215

Please take notice that pursuant to Fed. R. Civ. P. 30, the Plaintiff, will take a deposition of the Defendants' **Keeper of Records,** Boston University, Massachusetts, on **May 16, 2005,** at **1 p.m.** at the office of **Benjamin B. Tariri, Esquire, 343 Washington St., Newton, Massachusetts,** before a notary public or before some other officer authorized by law to administer the oath. The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

RESPECTFULLY SUBMITTED, this 5th day of May 2005.

Respectfully submitted,

**CERTIFICATE OF SERVICE**
I hereby certify that this 5th day of May 2005
a true copy of the above document was served upon
the attorney of record for each party by mail, postage
prepaid upon Defendants' counsel.

Layla Kiani, by her attorney

Benjamin B. Tariri, Esq.

Benjamin B. Tariri
343 Washington Street
Newton, MA 02458
Tel: (617) 965-1090
Fax: (617) 965-5020
BBO# 652042

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO. 04-CV-11838-PBS

| | |
|---|---|
| LAYLA KIANI | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| TRUSTEES OF BOSTON UNIVERSITY | ) |
| Defendants. | ) |
| | ) |
| | ) |

NOTICE OF TAKING OF DEPOSITION OF MARK PETTIT

To: Attorney Lawrence S. Elswit
Boston University
Office of the General Counsel
125 Bay State Road
Boston, MA 02215

Please take notice that pursuant to Fed. R. Civ. P. 30, the Plaintiff, will take a deposition of **Mark Pettit**, employee of Defendants, Boston University, Massachusetts, on **May 16, 2005**, at **10 a.m.** at the office of **Benjamin B. Tariri, Esquire, 343 Washington St., Newton, Massachusetts**, before a notary public or before some other officer authorized by law to administer the oath. The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

RESPECTFULLY SUBMITTED, this 5th day of May 2005.

Respectfully submitted,

Layla Kiani, by her attorney

_____
Benjamin B. Tariri
343 Washington Street
Newton, MA 02458
Tel: (617) 965-1090
Fax: (617) 965-5020
BBO# 652042

**CERTIFICATE OF SERVICE**
I hereby certify that this 5th day of May 2005 a true copy of the above document was served upon the attorney of record for each party by mail, postage prepaid upon Defendants' counsel.

_____
Benjamin B. Tariri, Esq.