JUN 2 0 2000

Layla Jamshid
2355 North Hwy 360
 Apt. 1315
Grand Prairie, Tx  75050
(817) 652-1610
(817) 652-0300

Mr. Mccurty                                          **Exhibit 2**
Office of Disability Services
19 Deerfield Street
Boston, MA 02215

Mr. Mccurty, Attached is the letter from my doctor discussing my disability and the accommodations I will be needing.  If this letter does not suffice, please contact me at the above phone number. I also need the name of your assistant that I will be meeting with on June 26th.

Sincerely,
Layla Jamshid
Layla Jamshid

BU 0212