# T E X A S
# SCOTTISH RITE HOSPITAL
## FOR CHILDREN

PEDIATRIC ORTHOPAEDICS
AND SCOLIOSIS SURGERY

JOHN A. HERRING, M.D.
Chief of Staff

JOHN G. BIRCH, M.D.
CHARLES E. JOHNSTON II, M.D.
B. STEPHENS RICHARDS, M.D.
Assistant Chiefs of Staff

LORI A. KAROL, M.D.
KARL E. RATHJEN, M.D.
DANIEL J. SUCATO, M.D.
Staff Orthopaedists

MIKHAIL SAMCHUKOV, M.D.
Research Associate

MARYBETH EZAKI, M.D.
PETER R. CARTER, M.D.
Hand Service

June 6, 2000

**Exhibit 3**

Re:         Layla Jamshid
TSRH #      032974

TO WHOM IT MAY CONCERN:

I have followed the above referenced patient at the Texas Scottish Rite Hospital for
Children from the age of four until her discharge from our facility in 1996.  She has
Cerebral Palsy with spastic triplegia and has undergone several surgical procedures.
She is non-ambulatory and uses an electric wheelchair for mobility.

Due to Layla's decreased hand function, she will require extra time for exams and
will need to be allowed to tape lectures.  She also will need a table that is wheelchair
accessible.

Sincerely,

John A.Herring, M.D.
Chief of Staff

GM/JAH/lmh

BU  0211

2222 Welborn Street, Dallas,Texas 75219
Phone: 214-559-5000  Fax: 214-559-7570
Hand Fax: 214-559-7769

A MASONIC CHARITY