Boston University

*Office of the Vice President and Dean of Students*

Office of Disability Services
Martin Luther King Jr. Center
19 Deerfield Street
Boston, Massachusetts 02215

617/353-3658 (V/TTY)
617/353-9646 (fax)





July 28, 2000

**Exhibit 4**

Ronald Cass, Dean
School of Law
765 Commonwealth Avenue
Boston, Massachusetts 02215

Dear Dean Cass:

Layla Jamshid (ID#U68-89-7372), a student enrolled in the School of Law, has been diagnosed as having a disability. Under the University's policy for students properly diagnosed with this disability, Ms. Jamshid is eligible to receive academically appropriate accommodations. Thus, I recommend that she receive the following accommodations:

| | |
|---|---|
| For Examinations: | Up to double time for in-class and eight-hour take-home examinations |
| | Use of a scribe or tape recording of examination answers |
| In Class: | Use of a notetaker or permission to tape record lectures |
| Other: | None |

If you concur with this recommendation, please sign below and return a copy of this letter to me within one week. If you find that a proposed accommodation would require fundamental alteration to the nature of a course or program of study, please call me directly at 353-3658. Alternative accommodations that are both medically and academically appropriate may be available. If suitable alternatives are not available and you are unable to approve the proposed accommodation, you should inform Ms. Jamshid directly in writing of your decision, and enclose a copy of the Grievance Procedure, previously sent to you by President Westling. She will then have the right to appeal your decision.

Respectfully,

Allan Macurdy
Director, Disability Services

I have determined that the above recommended accommodations do not compromise the academic integrity of this student's course or program.

_____    7/8/00    BU 0097
Signature                   Date