Boston University

Registrar's Office
School of Law
765 Commonwealth Avenue
Boston, Massachusetts 02215
617/353-3115
Fax: 617/353-7400





October 6, 2000

**Exhibit 5**

Layla Jamshid
86 E. Howard Street #408
Quincy, MA 02169

Dear Layla:

This letter is to confirm that, upon recommendation of the Office of Disability Services, Dean Cass has approved your request for accommodations. You will be allowed up to double time to complete in-class examinations and eight-hour take home exams. You will be permitted to dictate your examination answers to a scribe or tape record your answers.

You are also permitted to use a note taker in class or to tape record class lectures. You may contact Assistant Dean Christine Marx with any questions you may have regarding the accommodations.

In order to protect our policy of anonymous grading, do not discuss the exam accommodation with your professors. Please contact our office by December 1st to make the necessary arrangements for your fall exams.

Sincerely,

*Aida Ten*

Aida Ten
Associate Registrar

Cc:   Christine Marx, Assistant Dean
      Mary Jo Sullivan, Registrar

BU 0096