**Chris Marx**

From: Chris Marx [cmarx@bu.edu]
To: Laklak@aol.com
Subject: Re: Transcriber

**Exhibit 7**

Hi again-
I spoke with the Provost's office. It doesn't sound like this is an issue but there is a grievance procedure for the university for those who believe they have been discriminated against on the basis of, e.g., disability. This procedure is in the Bu Student Life Book; I will put a copy of that procedure in your mailfile on the first floor. You would need to follow the procedure (including providing the specific information that needs to be in a memo to the Provost) that is described in that policy. It sounds to me like you are not alleging discrimination on the basis of disability but rather are not satisfied with Mr. Macurdy's determination that the transcriber is not supported by your disability. If that is the case, you would need to write a memo to Provost Dennis Berkey describing in detail what accommodation you are requesting, what accommodations that office recommended for you, why you believe the Disability Services determination was erroneous, and why you believe you could not learn our academic program without the transcriber. You also should provide documentation that might support your request. This is sent to Dennis Berkey, Provost, Boston University Office of the Provost, 143 Bay State Road, Boston, MA 02215. Please let me know if you have other questions. Thank you. Dean Marx At 06:06 PM 10/26/00 EDT, you wrote:
>Dean Marx, Hi- I went to my appointment with Allan Macurty today and he
>informed me that providing a transcriber would not be possible because it
>would be going beyond the University's policies to provide this. My question
>is this: If the school is willing to get someone to take notes for me, why is
>it not possible to get me exactly what I need, i.e. a transcriber? I have
>arthritis and cannot type my notes. The best way for me to learn is to have
>my notes typed up the way I want them. If someone else gives me a copy of
>their notes it is not possible for me to understand their short hand or note
>taking method. I've even asked some classmates and they're not able to get
>all the notes. I like my system of taking notes, I just have a dexterity
>problem that I need help with. I don't understand how this is not supported
>by my disability. I need help in getting caught up with my notes, please.
>    What is the exact procedure of getting in touch with the Provost and is
>there any documentation that can be used to show how my request is supported
>by my disability??
>
>Thanks for your help and understanding,
>Layla Jamshid
>
>

BU 0232

1