**COPY**

Volume: I

Pages: 1-60

**Exhibit 8**

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - x

LAYLA KIANI,

       Plaintiff,

  v.

TRUSTEES OF BOSTON UNIVERSITY,

       Defendants.

- - - - - - - - - - - - - - - - - - x

DEPOSITION OF ANDREW KULL

Monday, April 25, 2005, 10:04 a.m.

Law Office of Ben Tariri

343 Washington Street

Newton, Massachusetts 02458

-------Reporter:  Toni F. Beckwith, RMR-------

\*\*\*\*\*\*\*

Toni F. Beckwith, Registered Merit Reporter
50 Winsor Avenue
Watertown, Massachusetts 02472
Tel: 617.924.2731
Fax: 617.924.9899

BY MR. TARIRI:

    Q.  Professor Kull, did you read the term papers, the drafts that she brought in for you to look at?

    A.  Yes.

    Q.  And had she cited authorities throughout the drafts?

    A.  There were citations.

    Q.  Were the citations correct?

    A.  I don't know.

    Q.  Can you elaborate on that, please?

    A.  I was reading her drafts in order to help her pursue a research topic, not to check the accuracy or the adequacy of her citations.

    Q.  Professor Kull, you already testified that January 24 was the correct date that you -- I'm going from your e-mail which is Exhibit 1 -- that you discovered plagiarism, and you also said earlier that it was that day, the day before the grades were due, that you actually read her paper; is that correct?

    A.  January 24 must have been the day that I read what she called her final draft for the first time.

1    Q.  And on that day, did you have an
2    opportunity to check the citations, to check the
3    authorities?
4    A.  Yes.
5    Q.  And how did you do that?
6    A.  When I read Ms. Kiani's final draft on
7    January 24, I noticed for the first time that
8    some of the statements in her paper sounded
9    familiar, and I began to look to see where they
10   had come from, and in the space of the next half
11   hour found three or four passages of the paper
12   that were plagiarized from various sources.
13   Q.  And these excerpts were not in the
14   drafts that she submitted before?
15   A.  I believe some of them had been.
16   Q.  Did they not sound familiar at the
17   time of the draft?
18   A.  No.
19   Q.  Can you just give us an example -- I
20   don't mean verbatim example -- an example of how
21   long the citation, how long she used someone
22   else's work without citation in terms of how
23   many lines, just an example?
24   A.  I could show you an example if I had

1   the paper.  But in general terms, the
2   plagiarized passages were extensive.  It was not
3   a word here and a word there.
4       Q.  Would it be fair to say that they were
5   obvious?
6       A.  Plagiarism is very obvious once you
7   know what's going on.
8       Q.  Was it obvious that this was a saying
9   from someone else's work pretty much put in
10  there verbatim and it's long enough to be
11  recognized by an authority like yourself?
12      A.  It was not obvious to me the first few
13  times I read it.
14      Q.  So it became obvious to you on that
15  date when you actually read the paper?
16      A.  When I read the final paper on January
17  24, something about it raised a question in my
18  mind.  The question is what leads one to then go
19  and look for the sources.  At that point, it's
20  obvious to anybody.
21      Q.  When that question, as you put it, was
22  raised in your mind, what did you do?  Did you
23  contact Ms. Kiani?
24      A.  When the question was raised in my

30

1   mind, I looked around my office for some easily
2   available sources to check whether, in fact,
3   there were plagiarized passages in this paper,
4   and I found that there were.
5       Q.   Professor Kull, you refer to it as
6   plagiarized passages.  Did you already know that
7   she had plagiarized?
8       A.   Yes.
9       Q.   So you believe this was plagiarism?
10      A.   It was obvious.
11          MR. TARIRI:  Please mark this as
12  Exhibit 2.
13          (Exhibit 2 marked
14          for identification)
15      Q.   What I have handed you is a page from
16  Boston University's disciplinary regulations for
17  all BU students.  It's just one page.
18          MR. TARIRI:  It really should be -- I
19  was hoping if you could place that sticker...
20          MR. ELSWIT:  Why don't we stipulate
21  that Exhibit 2 to Professor Kull's deposition is
22  a page of the disciplinary regulations that was
23  previously identified as Exhibit B to the
24  complaint in this case.  Are you okay with that?

1  there's no purpose in having him summarize it.
2  The text is what the text is.  Let's move this
3  along.
4        Q.  Were you aware that sometime in May of
5  2003 Ms. Kiani was notified by Dean Cass that
6  she would not be allowed to graduate?
7        A.  I became aware of that subsequently.
8        Q.  Subsequent to what?
9        A.  Subsequent to the event.
10       Q.  Professor Kull, when you reported the
11 plagiarism -- you said you reported the
12 plagiarism -- what did the dean's office do, do
13 you recall?
14       A.  I reported the plagiarism on the
15 Friday, January 24th, to Professor Marks as
16 associate dean.  To the best of my recollection,
17 there was a meeting the following Monday
18 afternoon, the 27th, in Dean Cass's office which
19 the dean, Professor Marks and I discussed this
20 matter.
21           The upshot of that meeting, to the
22 best of my recollection, was that the dean said
23 to me, We will make the decision about
24 disciplinary proceedings in the dean's office.

46

1  You are not concerned in that.  It's up to you
2  to decide what to do as the teacher in your
3  course regarding what grade is reported for
4  Ms. Kiani.
5      Q.  Do you recall if the case was pursued,
6  if the issue was pursued by the office of the
7  dean?
8      A.  I didn't hear anything about it until
9  the day in the summer of 2003 when
10 Professor Ryckman came to discuss the matter
11 with me.
12     Q.  This is despite the fact that you
13 recorded what you perceived to be plagiarism?
14     A.  Yes.
15     Q.  Professor Kull, you testified earlier
16 that Ms. Kiani was in your classes for one
17 semester, right?
18     A.  Yes.
19     Q.  And that there were 13 meetings of
20 which 11 of them she was present and two of them
21 she was not, to the best of your recollection?
22     A.  Yes.
23     Q.  You also testified this was a small
24 class?

1    marginal relevance of the discussion.

2         Speaking very casually saying that a
3    student seemed "out of it" might refer to one or
4    the other or some combination of those factors.

5         Q.  Did you know during your professorship
6    of her that she was under medication?

7         A.  No.

8         Q.  Had you known that, would you have
9    treated her differently?

10        A.  No.

11        Q.  So had you known that she was acting,
12   in fact, drowsy, you would still have treated
13   her like you would any other person?

14        MR. ELSWIT:  Objection.  There is no
15   evidence on the record that she was acting
16   drowsy.

17        MR. TARIRI:  Objection noted.

18        A.  It seemed to me observing Ms. Kiani,
19   but without any technical knowledge, that she
20   clearly suffered from serious disabilities of
21   one kind and another.  If she had not had this
22   appearance, I might have responded to her
23   occasional inattentiveness or marginal
24   participation more severely, would have asked

1   her what she was doing, would have required more
2   of her.
3           As it was, I was probably more lenient
4   with her than I would have been.  Whether if
5   someone had told me that she was taking a
6   particular medication, it's difficult for me to
7   imagine what I would have done differently.
8       Q.  Professor Kull, you testified that you
9   taught at Emory College, is it Emory University?
10      A.  Yes.
11      Q.  For about 15 years and three years at
12  BU also; is that correct?
13      A.  Yes.
14      Q.  During your professorship, did you
15  have other handicapped students?
16      A.  Yes.
17      Q.  Can you describe what sort of handicap
18  they had?  Were there many?
19          MR. ELSWIT:  Objection.
20      A.  I don't know how many.
21          MR. TARIRI:  Objection noted.
22      A.  And I don't have specific
23  recollections beyond one, which is that one day
24  in the middle of class I had a student who had

56

1   Q.  So it is your testimony, then, that
2   you did not speak to anyone else other than
3   Professor Ryckman and Professor Mariner and
4   Professor Pettit, Professor Marks and Attorney
5   Rosenfeld; am I correct as far as --
6   A.  That's my recollection.
7   Q.  When did you give Ms. Kiani finally,
8   when did you actually grade her term paper?  Do
9   you recall the day?
10  A.  The Friday, January 24, having
11  discovered the plagiarism, having inquired what
12  is the procedure, having informed the associate
13  dean, Professor Marks, who told me we will have
14  to talk about this; don't do anything meanwhile.
15  I went down to the Registrar's Office, I handed
16  in the other grades for the course, and I said,
17  No grade is being recorded for this one
18  particular student.  It is simply going to be
19  deferred.  They said, Oh.
20      On Monday morning when she was waiting
21  for me as I got there, I informed Ms. Kiani I
22  have not decided what to do.  After the meeting
23  that I already described to you, which I believe
24  was that Monday afternoon, I spent perhaps 48

1   hours trying to decide what to do.  I eventually
2   came to the conclusion that I would report a
3   grade of F, whatever the law school did or did
4   not do as a disciplinary matter.
5           And my recollection is that on the day
6   when I had made that decision and was intending
7   to get in touch with Ms. Kiani to come in and
8   see me, she was once again waiting for me, I
9   believe, so I didn't have to say, Please come to
10  see me; she was there.
11          So I said, I've decided that I'm going
12  to report an F in my course.  The disciplinary
13  procedure, whatever it is, and if there's going
14  to be one, is in the hands of the Dean's Office,
15  and you should go and talk to the associate dean
16  about that.
17          I said, I would be happy to help you
18  make up the three credits if you wanted to do
19  work for me.  I would understand you might
20  prefer to do it with somebody else.  She said,
21  I'll think about it, and she left.
22          And I wrote a memorandum to the
23  registrar saying, Please report a failing grade
24  for this student in this course.