COPY

1

Volume: I

Pages: 1-71

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Exhibit 11**

- - - - - - - - - - - - - - - - - x

LAYLA KIANI,

       Plaintiff,

  v.

TRUSTEES OF BOSTON UNIVERSITY,

       Defendants.

- - - - - - - - - - - - - - - - - x

DEPOSITION OF WENDY K. MARINER

Tuesday April 26, 2005, 10:20 a.m.

Law Office of Ben Tariri

343 Washington Street

Newton, Massachusetts 02458

-------Reporter:  Toni F. Beckwith, RMR-------

*******

Toni F. Beckwith, Registered Merit Reporter
50 Winsor Avenue
Watertown, Massachusetts 02472
Tel: 617.924.2731
Fax: 617.924.9899

39

1   A.  When I was grading the paper, no.

2   Q.  When you were grading the second
3   paper?

4   A.  When I was grading the second paper,
5   no.  I was just grading the second paper.

6   Q.  Were you told by anyone else to do
7   anything, to look at the first paper again?

8   A.  Not then.  At first I graded that
9   second paper and discovered problems.

10  Q.  So if you would, please, if you could
11  just take us back to the process of grading your
12  second paper.

13  A.  Mm-hmm.

14  Q.  How do you do it?  How did you do it?

15  A.  The same way I graded the first paper.

16  Q.  Which is how?

17  A.  As I said, I believe on the basis of
18  the quality of the legal analysis and the
19  responsiveness of the assignment.

20  Q.  Do you cross-check to see if citations
21  are correct as you read the paper?

22  A.  If citations are correct?

23  Q.  Right.

24  A.  What do you mean by cross-check?

40

1    Q.  Do you actually check the authority to
2 see if the citation is the exact quotation from
3 that authority and whether it was placed in
4 block or quotation marks?
5    A.  Sometimes.
6    Q.  When do you do that?
7    A.  When it appears to be not someone's
8 original writing.
9    Q.  How do you determine that?
10    A.  When you've read as many papers as I
11 have, you can get a sense.
12    Q.  Was Ms. Kiani a good writer?
13    A.  Well, it's hard to say since much of
14 the paper does not appear to be her writing.
15    Q.  When you were grading her second
16 paper, were you looking for citations?
17    A.  No, not particularly.  That was not
18 the first focus of grading.
19    Q.  No.  But as part of your grading, you
20 would look to see if the citations are proper.
21 Would that be a fair statement?
22    A.  What do you mean by proper?
23    Q.  Proper that it was attributed to the
24 correct authority and it was done correctly

```
                                                        41
 1      procedurally, technically?
 2          A.  Yes.  I look to see if there is a
 3      reference for any statement of authority.
 4          Q.  Would you recognize works of others if
 5      they looked familiar to you?
 6          A.  Sometimes.
 7          Q.  If you could look back to the first
 8      page of Exhibit 1.
 9          A.  Yes.
10          Q.  The sixth line from the bottom?
11          A.  From the bottom?
12          Q.  Yes.
13          A.  Yes.
14          Q.  Actually, I'm sorry, the fifth line
15      from the bottom.
16          A.  Yes.
17          Q.  Can you read that line, please, the
18      fifth line from the bottom?
19          A.  Wendy Mariner, Independent External
20      Review of Health Maintenance Organizations'
21      Medical Necessity Decisions.  That's more than
22      one line.
23          Q.  Is that an article that you wrote?
24          A.  Yes.
```

42

1   Q.  And you wrote that in the New England
2   Journal of Medicine?
3   A.  Yes.  It was published in the New
4   England Journal of Medicine.
5   Q.  And it was published in the year 2002?
6   A.  I believe so.  I would want to check
7   it to make certain.  It sounds right.
8   Q.  Do you recognize this article as you
9   see it?
10  A.  Yes.  I should recognize the article
11  if I see it.
12  Q.  Do you recognize your own writing?
13  A.  Usually.
14  Q.  This was one of the improper citations
15  that the charges were brought for; am I correct?
16  A.  It appears to be one of many.
17  Q.  Exactly.  Would it be fair to say that
18  you saw your own work not being cited correctly?
19  A.  I saw my own work as part of the text
20  of the paper.  I recognized that.
21  Q.  What did you do when you recognized
22  that?
23  A.  I looked carefully at the rest of the
24  text in the paper.

```
                                                              43
 1          Q.  And what did you find?
 2          A.  I found unfortunately that a great
 3   deal of the text in the paper was from other
 4   articles.
 5          Q.  And did you form an opinion at this
 6   point?
 7          A.  About what?
 8          Q.  About the paper and the author of the
 9   paper.
10          A.  I thought the paper was not original.
11          Q.  Did you think that the paper was
12   plagiarized?
13          A.  Yes.
14          Q.  So you believed that the paper was a
15   plagiarized document?
16          A.  I believed that there were lots of
17   instances of plagiarizing other work.
18          Q.  So you believed that it was plagiarism
19   that had occurred?
20          MR. ELSWIT:  Asked and answered.
21          Q.  Did you believe that Ms. Kiani had
22   plagiarized?
23          MR. ELSWIT:  Asked and answered.
24          MR. TARIRI:  I haven't asked that
```