Exhibit 12

## Mariner, Wendy

| | |
|---|---|
| **From:** | Ronald Cass [roncass@bu.edu] |
| **Sent:** | Thursday, May 08, 2003 8:52 PM |
| **To:** | wmariner@bu.edu |
| **Subject:** | Re: A pre-graduation concern |

Thanks, Wendy. I'm out of the office right now, but if you'll have someone take a copy of the paper to Assistant Dean Chris Marx, I'll have Professor Bill Ryckman (who is designated authority to do this on my behalf) investigate. Unfortunately, we have too much experience with these cases.
Thanks for bringing it to my attention. I'll check both e-mail and messages tomorrow if you have questions.

Best,
Ron Cass

----- Original Message -----
From: wmariner@bu.edu
To: roncass@bu.edu
Sent: Thursday, May 08, 2003 4:39 PM
Subject: A pre-graduation concern

Dear Dean Cass,

I am concerned about a student's final paper for my course JD992 (Managed Care and the Law). The paper consists largely of quotations from articles, my own and others, that are not placed in quotation marks. The paper usually cites the article that is quoted, with a few exceptions. Most troubling from my perspective is the fact that there is little of the student's own writing or interpretation in the paper. In my opinion, this is not acceptable legal scholarship, and it may be worse. I am prepared to submit a grade for the student and to advise her that this is not appropriate for a paper, but thought that I should consult you about whether some other action is warranted first.

I regret troubling you with this at this time of year, but am advised that you are the only person to decide what, if any, response is appropriate. I would appreciate your advice.

Sincerely,

Wendy

Wendy K. Mariner, JD, LLM, MPH
Professor of Health Law, School of Public Health
Professor of Law, School of Law
Professor of Socio-Medical Sciences, School of Medicine
Boston University
715 Albany Street
Boston, Massachusetts 02118-2526 USA
Tel: 617 638-4626
Fax: 617 414-1464
wmariner@bu.edu

BU 0287

8/11/2004