**Boston University**

School of Law
765 Commonwealth Avenue
Boston, Massachusetts 02215
617-353-3112
Fax: 617-353-7400



Ronald A. Cass
Dean and Melville Madison Bigelow
 Professor of Law

**Exhibit 13**

May 12, 2003

Ms. Layla Kiani
86 E. Howard Street, Apt. 408
Quincy, MA  02169-8727

*via Federal Express*

Dear Ms. Kiani:

    I am writing to inform you that, pursuant to Article IV, Section 4 of the Boston University School of Law Disciplinary Regulations, you are suspended effective immediately. This suspension is an interim sanction pending completion of an investigation of a possible violation or our disciplinary regulations related to a paper submitted in Professor Mariner's *Managed Healthcare* course. You will be notified of the resolution of this investigation.

    As a result of this suspension, you will not be permitted to participate in the May 18, 2003 Commencement ceremonies.

    If you have any questions concerning this matter, please feel free to contact my office.

Sincerely,

*Ronald A. Cass (cam)*

Ronald A. Cass

cc: Professor William Ryckman
    Mary Jo Sullivan, Registrar

BU 0201