**Boston University**

School of Law
765 Commonwealth Avenue
Boston, Massachusetts 02215
617-353-3112
Fax: 617-353-7400



**Exhibit 17**

Ronald A. Cass
Dean and Melville Madison Bigelow
  Professor of Law

July 17, 2003

Ms. Layla Kiani
86 E. Howard Street, Apt. 408
Quincy, MA  02169-8727

*via FedEx and Regular Mail*

Dear Ms. Kiani:

    I am enclosing a copy of the charges that will be presented to a Judicial Committee pursuant to the procedure described in paragraph 3 of Article IV of the Boston University School of Law Disciplinary Regulations. I have convened a Judicial Committee to consider the disciplinary charges that have been brought against you. This panel will consist of two School of Law professors. In determining the third member of the Committee, you may elect to have either a third faculty member under paragraph 4 of Article V, or a student member selected pursuant to paragraph 7 of Article V. You should contact the Dean's Office at (617) 353-3112 in a timely manner to let us know of your decision regarding the selection of this third Committee member.

    After all of the members of the Committee are set, the chair of the Committee will contact you to set a date for the hearing on these charges. You have the right to be represented at the hearing by an advisor or counsel of your choosing. Various materials are being accumulated and copied, and will be forwarded to both the Judicial Committee and your counsel in advance of the hearing.

    If you have any questions, please do not hesitate to contact my office.

Sincerely,

*Ronald A. Cass*

Ronald A. Cass

Cc:    Professor William Ryckman
        Arnold Rosenfeld, Esquire

BU 0191