BOSTON UNIVERSITY MEDICAL CENTER

SCHOOL OF MEDICINE • SCHOOL OF PUBLIC HEALTH • GOLDMAN SCHOOL OF DENTAL MEDICINE • BOSTON MEDICAL CENTER



**Boston University School of Public Health**

**Department of Health Law, Bioethics, and Human Rights**

715 Albany Street
Boston, Massachusetts
02118-2526
Tel: 617 638-4626
Fax: 617 414-1464
E-mail: wmariner@bu.edu

Wendy Mariner, J.D., LL.M., M.P.H.
Professor and Director,
Patient Rights Program

**Exhibit 20**

December 16, 2003

Aida Ten
Associate Registrar
Registrar's Office
Boston University School of Law
765 Commonwealth Avenue
Boston, MA 02215

Re: JD992 Managed Care and the Law, Spring 2003

Dear Ms. Ten:

I received notice that the Judicial Committee determined that Layla Kiani was guilty of violating Article II.2.c of the School of Law Disciplinary Regulations by committing plagiarism. Unfortunately, that notice did not reach me until after December 5, 2003. If it remains possible to change the grade for Ms. Kiani, I wish to do so.

I base grades in the seminar on a student's performance in writing two original papers and class participation. I originally submitted a grade of D for Ms. Kiani, based on my suspicion that Ms. Kiani's seminar papers contained plagiarized material, but that she had read the required readings and attempted to participate positively in class, even though her participation did not demonstrate mastery of the legal principles under discussion.

Taking into account the Judicial Committee's report and determination, I cannot justify any grade other than F. Therefore, I wish to replace Ms. Kiani's grade with an F.

Sincerely,

Wendy K. Mariner