# Boston University

**Registrar's Office**
**School of Law**
**765 Commonwealth Avenue**
Boston, Massachusetts 02215
617/353-3115
Fax: 617/353-7400



**Exhibit 21**

December 18, 2003

Ms. Layla Kiani
86 E. Howard Street, Apt. 408
Quincy, MA  02169-8727

*Via FedEx and Regular Mail*

Dear Layla:

Enclosed is an updated transcript that reflects grade changes submitted by Professor Pettit, Professor Mariner and Mr. Bendremer.  (These grade changes resulted from their reevaluation of your papers after they were notified of the Judicial Committee's decision).  Also, upon reevaluation, Professor Pettit has decided that you have not satisfied the upper-class writing requirement.  Your weighted average is 1.90, which is below the minimum average of 2.00 required for good standing.  In addition, you have failed a total of 6 upper-class credits, which is one more than allowed by the current Academic Regulations.  I regret to advise you that you have been dropped for academic deficiency.

If you wish to petition the Academic Standards Committee for reinstatement, all relevant supporting documents must accompany the petition.  If you decide to petition, please submit the petition and accompanying documentation, if relevant, to Aida Ten, Associate Registrar, Fourth Floor Registrar's Office (her e-mail address is ten@bu.edu).  A petition for reinstatement…"must address all circumstances related to the student's failure to meet BUSL standards…If a student's medical condition has been a contributing factor, an examining physician's statement must accompany the petition." (Article X, Section 1, Boston University School of Law Academic Regulations).

If you wish to discuss any matters relating to your status, please feel free to contact Assistant Dean Christine Marx at her office number: 617/353-3112.

Sincerely,


Mary Jo Sullivan
Registrar


cc:  Assistant Dean Marx

BU 0010