**Boston University**

School of Law
765 Commonwealth Avenue
Boston, Massachusetts 02215

Assistant Dean for Student Affairs
Phone: 617-358-1800
Fax: 617-353-7400



**Exhibit 22**

## ACADEMIC STANDARDS COMMITTEE
January 14, 2004
Circulated Petitions

Present:  Associate Dean Baxter, Chair
          Associate Dean O'Rourke and Professor Walker
          Assistant Dean Marx (ex-officio)

**KIANI, LAYLA:** She petitioned for reinstatement after being dropped in her third year. The Committee is inclined to recommend to the faculty that her petition be denied. Under Article XII, sec. 4 of the Academic Regulations, she may appear before the Committee if she chooses.

BU 0214