**Boston University**

School of Law
765 Commonwealth Avenue
Boston, Massachusetts 02215

Assistant Dean for Student Affairs
Phone: 617-358-1800
Fax: 617-353-7400



**Exhibit 23**

ACADEMIC STANDARDS COMMITTEE
February 4, 2004

**Present:** Associate Dean Baxter, Chair
Associate Dean O'Rourke and Professor Walker
Assistant Dean Marx (ex-officio)

**KIANI, LAYLA:** Ms. Kiani, who was dropped for academic deficiency, appeared before the Committee requesting that the Committee recommend to the faculty that her petition for reinstatement be granted. The Committee will recommend to the faculty that her petition be denied and that she not be reinstated.

BU 0215