<u>BOSTON UNIVERSITY SCHOOL OF LAW</u>

FACULTY MEETING

**Exhibit 24**

February 23, 2004

The regular monthly meeting of the Faculty was held on Monday, February 23, 2004 at 1:00 p.m. in the Faculty Lounge, the Dean being in the chair.

Those present were:

| | |
|---|---|
| Assoc. Dean Baxter | Prof. Meurer |
| Prof. Beermann | Prof. F. Miller |
| Prof. Bone | Prof. W. Miller |
| Prof. Brodley | Prof. Moore |
| Prof. Caruso | Prof. Nilsen |
| Prof. Connaughton | Prof. Park |
| Prof. Farnsworth | Prof. Partan |
| Prof. Feld | Prof. Pettit |
| Assoc. Dean Freehling | Prof. Rossman |
| Prof. Gordon | Prof. Ryckman |
| Assoc. Dean Haddad | Prof. Seipp |
| Prof. Harper | Prof. Silbaugh |
| Prof. Kaplan | Prof. Simons |
| Prof. Khanna | Prof. Volk |
| Prof. Lawrence | Prof. Walker |
| Prof. Lawson | Prof. Wexler |
| Prof. Leonard | Prof. Yackle |
| Prof. Maclin | |

Ronald A. Cass, Dean
John Baerst, Director, Banking Law Studies Center

BU 0403

**I.    Dean's Report**

Dean Cass convened the meeting at 1 pm.

**II.    New Business**

A. Student Petition for Reinstatement (Attachment 1 – Confidential materials to be held in Dean's Office)

Associate Dean Baxter, Chair, Academic Standards Committee (ASC) explained fully the Committee's reasons for recommending to the faculty that her petition be denied and that she not be reinstated.

A motion was made and seconded to accept the petition for reinstatement contrary to the ASC Committee's recommendation. After much discussion, the faculty voted not to reinstate Ms. Kiani.

**III.    Adjournment.**

There being no further business, the meeting adjourned at 1:45 p.m.

_____
Ronald A. Cass, Dean

BU 0404