**ATTORNEY CERTIFICATION PURSUANT TO FED. R. CIV. P. 37 (a) (2) AND LOCAL RULES 7.1 (A) (2) AND 26.2(C)**

   I, Benjamin B. Tariri, Esq., hereby certify that since April 26, 2005, I have, on several occasions, in good faith conferred with Attorney Elswit, attorney for Defendants Trustees of Boston University, in order to narrow the scope of the discovery and in an effort to secure the disclosure without court action. On May 26, 2005, I also made a final attempt by leaving a telephonic message concerning same and requesting cooperation on the said attorney's voice mail. The Defendants' attorney has thus far failed to cooperate, by refusing to provide any of the documents or answers sought by my client.

/S/ Benjamin B. Tariri, Esq.
_____
343 Washington Street
Newton, MA 02458
Tel: (617) 965-1090
Fax: (617) 965-5020
BBO# 652042