## ATTORNEY CERTIFICATION PURSUANT TO FED. R. CIV. P. 37 (a) (2) AND LOCAL RULES 7.1 (A) (2) AND 26.2(C)

I, Benjamin B. Tariri, Esq., hereby certify that on June 1, 2005, in good faith, I conferred with Attorney Elswit, attorney for Defendants Trustees of Boston University, to extend the time for filing a brief in opposition to the Defendants' Motion for Summary Judgment. The Defendants' attorney did not consent to my request for the extension.

/S/ Benjamin B. Tariri, Esq.
_____
343 Washington Street
Newton, MA 02458
Tel: (617) 965-1090
Fax: (617) 965-5020
BBO# 652042