UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Layla Kiani
        Plaintiff,                  CIVIL ACTION
                                              NO.  04-11838-PBS
    v.

Trustees of Boston University, et al
        Defendants.

## NOTICE OF RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.                                                                  June 9, 2005

      At the request of counsel, the Motion Hearing re Motion for Summary Judgment previously scheduled for July 15, 2005, has been **rescheduled** to **August 4, 2005, at 2:00 p.m.**

                                                 By the Court,


                                                 _/s/ Robert C. Alba_
                                                 Deputy Clerk


Copies to:  All Counsel


resched.ntc