UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. **04-CV-11838-PBS**
Honorable Patti B. Saris

| | |
|---|---|
| LAYLA KIANI, | ) |
| Plaintiff, | ) |
| vs. | ) **ASSENTED-TO MOTION TO EXTEND THE TIME FOR PLAINTIFF TO FILE A BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| TRUSTEES OF BOSTON UNIVERSITY, | ) |
| Defendants. | ) |

    NOW COMES Layla Kiani, Plaintiff in the above-captioned action, and hereby states that Defendants have assented to a Motion to extend the time for Plaintiff to File a Brief in Opposition to Defendant's Motion for Summary Judgment from **June 15, 2005**, to **July 5, 2005**. The Summary Judgment Motion is scheduled for a hearing on August 4, 2005.

Date: June 15, 2005

Respectfully submitted,
Layla Kiani, by her attorney,

/S/ Benjamin B. Tariri                                      Assented to by:
_____                /S/Lawrence S. Elswit, Attorney for Defendants
(f/k/a Ben Tahriri)                                          _____
343 Washington Street
Newton, MA 02458
Tel: (617) 965-1090
Fax: (617) 965-5020
BBO# 652042

**CERTFICATE OF SERVICE**

I, Benjamin B. Tariri, Esquire, hereby certify that I have this 15th day of June, 2005, served a true copy of the above document upon Defendants' attorney of record by electronic mail.
/S/ Benjamin B. Tariri _____