**ATTORNEY CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A) (2)**

      I, Benjamin B. Tariri, Esq., hereby certify that on June 15, 2005, in good faith, I conferred with Attorney Elswit, attorney for Defendants Trustees of Boston University, concerning a Motion to extend the time for filing a brief in opposition to the Defendants' Motion for Summary Judgment. Mr. Elswit assented to my motion.

/S/ Benjamin B. Tariri, Esq.
_____
343 Washington Street
Newton, MA 02458
Tel: (617) 965-1090
Fax: (617) 965-5020
BBO# 652042