# Plaintiff's Exhibit "G"

    a. whether you were offered the position and, if you rejected the offer, the reasons for not taking the position; and

    b. whether you are in possession of any documents that reflect correspondence and applications for such applications.

**RESPONSE NO. 6:**
**Please see attached rejection letters. More will be provided as they become available.**

## INTERROGATORY NO. 7

Please identify the individuals who you claim "on several occasions intentionally made remarks such as that the Plaintiff was 'not intentionally up to' the Defendants' standards, " as set forth in Paragraph 73 of the complaint, and for each such individual, state the date on which that remark was made, to whom it was made, and the precise language that that individual used.

**RESPONSE No. 7:**
**My University-appointed attorney was told about the comment during "discovery". He was also told that the school wanted me out because I was "bringing down the school's ranking." Professor Rothman was the individual who informed my attorney about this comment made by others.**

## INTERROGATORY NO. 8

Please identify the professor who "remarked that there had been 'some regret admitting [you]' to the School," as set forth in Paragraph 74 of the complaint, and further, state the date on which the remark was made, to whom it was made, and the complete contents of the remark.