UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Exhibit J

LAYLA KIANI,

    Plaintiff,

vs.

TRUSTEES OF BOSTON UNIVERSITY,

    Defendant.

CIVIL ACTION NO. 04-CV-11838-PBS

## AFFIDAVIT OF ALLAN H. MACURDY

The affiant, Allan H. Macurdy, being duly sworn, states:

1.    I am the Director of the Office of Disability Services at Boston University. I have held that position since the spring of 1996. As such, I supervise the provision of services to students with disabilities, and serve as the Section 504 compliance officer for Boston University. I am responsible for all aspects of disability accommodation involving students and employees of the University.

2.    I am also a Visiting Associate Professor at Boston University School of Law. Among other areas, I specialize in disability rights law, and have participated in appellate cases involving state and federal discrimination laws. I have advised and counseled numerous individuals with disabilities, their attorneys and advocates, as well as organizations involved in advocacy for, and services to, persons with disabilities.

3.    At some point in the summer of 2000, Ms. Kiani (who was then called Layla Jamshid) and her mother met with me to discuss the procedure for requesting accommodations that had been recommended by her physician. We discussed the accommodations she had been provided as an undergraduate. I told her that independent documentation would be required, and