12. After our October 2000 meeting, Ms. Kiani did not subsequently contact me or the Office of Disability Services to pursue the issue of a stenographer. She sent no additional medical documentation to support her request for this accommodation.

Further affiant sayeth not.

Subscribed and sworn under the penalty of perjury.

_____
ALLAN H. MACURDY

Dated: May 11, 2005