UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred  X

Layla Kiani

      V.                                  CA No.  04-11838-PBS

Trustees of Boston University, et al

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Sorokin  for the following proceedings:

(A)        Referred for full pretrial case management, including all dispositive motions.

(B)        Referred for full pretrial case management, _not_ including dispositive motions:

(C)        Referred for discovery purposes only.

(D)   **X**    Referred for Report and Recommendation on:

                ( ) Motion(s) for injunctive relief
                ( ) Motion(s) for judgment on the pleadings
                (**X**) Motion for summary judgment: Doc. # 25
                ( ) Motion(s) to permit maintenance of a class action
                ( ) Motion(s) to suppress evidence
                ( ) Motion(s) to dismiss
                ( ) Post Conviction Proceedings[1]
                See Documents Numbered: _____

(E)        Case referred for events only.  See Doc. No(s). _____

(F)        Case referred for settlement.

(G)        Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
                ( ) In accordance with Rule 53, F.R.Civ.P.
                ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)        Special Instructions:   **NOTE:** The previously scheduled Summary Judgment Hearing of August 4, 2005, before Judge Patti Saris is cancelled.

July 20, 2005                                                            By:    /s/ Robert C. Alba
Date                                                                                  Deputy Clerk

**(Order of Reference - 05/2003)**

---

[1]    See reverse side of order for instructions