UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LAYLA KIANI** | CIVIL |
| V. | CASE NO. 04-11838 PBS |
| **TRUSTEES OF BOSTON UNIVERSITY, ET AL** | |
| Defendant | |

### NOTICE OF HEARING ON MOTION

**SOROKIN, M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for a hearing on the following motion:

**#25**   Motion for Summary Judgment by Trustees of Boston University.

This hearing will be held on AUGUST 15TH at 3:00PM before <u>Magistrate Judge Leo T. Sorokin</u> in <u>Courtroom # 14</u> on the <u>5</u><sup>th</sup> floor.

Sarah Ann Thornton,
CLERK OF COURT

By:   /s/ Maria Simeone
Date: <u>August 3, 2005</u>        Courtroom Deputy

Notice mailed to: e-filed/all counsel

(notice of hearing.wpd - 7/99)            [kntchrgcnf.]
                                          [ntchrgcnf.]