# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

C. A. NO. 04-CV-11838-PBS

| | |
|---|---|
| LAYLA KIANI )<br>　　　　　Plaintiff, )<br>　　　　　　　　　　　　 )<br>　　　　　　　　　　　　 )<br>　　　　　　　　　　　　 )<br>　　　　　　　　　　　　 )<br>　　　　　　　　　　　　 )<br>　　　　　　　　　　　　 )<br>　　　　　　　　　　　　 )<br>TRUSTEES OF BOSTON )<br>UNIVERSITY. )<br>　　　　　Defendants. )<br>　　　　　　　　　　　　 )<br>　　　　　　　　　　　　 ) | **PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE THE DATE FOR HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Now comes the Plaintiff, and hereby states that the Defendants have assented to a Motion to continue the date for the hearing on Defendants' Motion for Summary Judgment, to **September 20, 2005**.

DATED: August 4, 2005

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　　　　Plaintiff, by her attorney

　　　　　　　　　　　　　　　　　　　　　/S/ Benjamin B. Tariri_____
　　　　　　　　　　　　　　　　　　　　　Benjamin B. Tariri
　　　　　　　　　　　　　　　　　　　　　343 Washington Street
　　　　　　　　　　　　　　　　　　　　　Newton, MA 02458
　　　　　　　　　　　　　　　　　　　　　Tel: (617) 965-1090
　　　　　　　　　　　　　　　　　　　　　Fax: (617) 965-5020
　　　　　　　　　　　　　　　　　　　　　BBO# 652042

Assented to:

/S/ Lawrence S. Elswit_____

**Lawrence S. Elswit**, Attorney for the Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. **04-CV-11838-PBS**

**Layla Kiani**

vs.

**Trustees of Boston University, et al**

CERTFICATE OF SERVICE

I, Benjamin B. Tariri, Esquire, hereby certify that I have this 4th day of August, 2005 served a copy of the foregoing Motion via First Class Mail to:

Attorney Lawrence S. Elswit
Boston University
Office of the General Counsel
125 Bay State Road
Boston, MA 02215

/S/ Benjamín B. Tariri
Benjamin B. Tariri, Esquire
BBO# 652042
343 Washington Street
Newton, MA 02458
Tel: (617) 965-1090
Fax: (617) 965-5020