## GRADES - DISPLAY

**Displayed Semester:** Spring 2003

| Class | Sec | Title/Instructor | Cr Hrs | Grade |
|---|---|---|---|---|
| LAW JD803 | A1 | BANKRUPTCY MILLER | 4.0 | |
| LAW JD814 | A1 | FAMILY LAW SILBAUGH | 3.0 | |
| LAW JD871 | M1 | TRUSTS, WILLS MILLER | 4.0 | |
| LAW JD992 | A1 | MANAGED CARE MARINER | 3.0 | |

**Semester GPI:** N/A

- Grade mailer option is no longer available for this semester. The option was la

**Grades for School of Law**

| Course Desc | Blue Book Num | Cr Hrs | Grade |
|---|---|---|---|
| BANKRUPTCY | 143 | 4 | C |
| FAMILY LAW | 101 | 3 | C- |
| MANAGED CARE & THE LAW | | 3 | D |
| TRUSTS, WILLS & BASIC ESTATE PLANNING | 161 | 4 | B- |

| | Hours | GWP | GPA | | Hours | GWP | GPA | | Hours | GWP | GPA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current:** | 14 | 26.90 | 1.92 | **Yearly:** | 28 | 51.00 | 1.82 | **Cumulative:** | 84/81 | 171.30 | 2.04 |

Generated Mon Nov 21 18:51:27 2005
Copyright ©, Boston University
University Information Systems

GRADES - DISPLAY   Back | Contact

**Displayed Semester:** Fall 2002

| Class | Sec | Title/Instructor | Cr Hrs | Grade |
|---|---|---|---|---|
| LAW JD820 | A1 | CRIM PRO: ADJ<br>FISHER | 4.0 | |
| LAW JD856 | A1 | RESTITUTION<br>KULL | 3.0 | |
| LAW JD867 | A1 | MEDICAL CARE<br>MILLER | 4.0 | |
| LAW JD984 | A1 | PROF RESP<br>ROSENFELD | 3.0 | |

**Semester GPI:** N/A

- Grade mailer option is no longer available for this semester. The option was last available on January 24, 2003.

### Grades for School of Law

| Course Desc | Blue Book Num | Cr Hrs | Grade |
|---|---|---|---|
| CRIMINAL PROCEDURE: ADJUD. PROCESS | 125 | 4 | C+ |
| MEDICAL CARE & LEGAL INSTITUTIONS | 139 | 4 | C- |
| PROFESSIONAL RESPONSIBILITY | 107 | 3 | B- |
| RESTITUTION | | 3 | F |

| | Hours | GWP | GPA | | Hours | GWP | GPA | | Hours | GWP | GPA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current:** | 14 | 24.10 | 1.72 | **Yearly:** | 14 | 24.10 | 1.72 | **Cumulative:** | 70/67 | 144.40 | 2.06 |

Generated Mon Nov 21 18:53:26 2005
Copyright ©, Boston University
University Information Systems

## GRADES - DISPLAY                                    Back |        Contact

**Displayed Semester:** Spring 2002

| Class | Sec | Title/Instructor | Cr Hrs | Grade |
|---|---|---|---|---|
| LAW JD801 | B1 | ADMIN LAW<br>BEERMANN | 4.0 | |

LAW JD841 B2 SUP RES&WRITING 3.0
                PETTIT
LAW JD883 A1 SEC. REG.        4.0
                KHANNA
LAW JD965 A1 UNINCORP ENT     3.0
                BENDREMER

**Semester GPI:** N/A

- Grade mailer option is no longer available for this semester. The option was last available on June 14, 2002.

### Grades for School of Law

| Course Desc | Blue Book Num | Cr Hrs | Grade |
|---|---|---|---|
| ADMINISTRATIVE LAW | 101 | 4 | D |
| SECURITIES REGULATION | 201 | 4 | B- |
| SUPERVISED RESEARCH & WRITING |  | 3 | B+ |
| UNINCORPORATED BUSINESS ENT. |  | 3 | B- |

|  | Hours | GWP | GPA |  | Hours | GWP | GPA |  | Hours | GWP | GPA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current:** | 14 | 32.80 | 2.34 | **Yearly:** | 26 | 59.60 | 2.29 | **Cumulative:** | 56 | 120.30 | 2.15 |

Generated Mon Nov 21 18:54:09 2005
Copyright ©, Boston University
University Information Systems

# GRADES - DISPLAY                                    Back | Contact

**Displayed Semester:** Fall 2001

| Class | Sec | Title/Instructor | Cr Hrs | Grade |
|---|---|---|---|---|
| LAW JD807 | A1 | COMMERCIAL CODE O'ROURKE | 4.0 |  |
| LAW JD816 | K1 | CORPORATIONS KHANNA | 4.0 |  |
| LAW JD831 | P1 | EVIDENCE PETTIT | 4.0 |  |

**Semester GPI:** N/A

- Grade mailer option is no longer available for this semester. The option was last

available on January 25, 2002.

### Grades for School of Law

| Course Desc | Blue Book Num | Cr Hrs | Grade |
|---|---|---|---|
| COMMERCIAL CODE | 186 | 4 | C- |
| CORPORATIONS | 212 | 4 | B |
| EVIDENCE | 515 | 4 | C |

|  | Hours | GWP | GPA |  | Hours | GWP | GPA |  | Hours | GWP | GPA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current:** | 12 | 26.80 | 2.23 | **Yearly:** | 12 | 26.80 | 2.23 | **Cumulative:** | 42 | 87.50 | 2.08 |

Generated Mon Nov 21 18:55:19 2005
Copyright ©, Boston University
University Information Systems

## GRADES - DISPLAY                                       Back |       Contact

**Displayed Semester:** Spring 2001

| Class | Sec | Title/Instructor | Cr Hrs | Grade |
|---|---|---|---|---|
| LAW JD810 | A1 | CNSTITUTN LAW I BARNETT | 4.0 | |
| LAW JD813 | A1 | CONTRACTS PETTIT | 3.0 | |
| LAW JD873 | A1 | CIVIL PROCEDURE FARNSWORTH | 3.0 | |
| LAW JD876 | A1 | PROPERTY LAWSON | 4.0 | |
| LAW JD885 | A1 | SEMINAR II STAFF | 1.0 | |

**Semester GPI:** N/A

- Grade mailer option is no longer available for this semester. The option was last available on June 8, 2001.

### Grades for School of Law

| Course Desc | Blue Book Num | Cr Hrs | Grade |
|---|---|---|---|

| Course Desc | Blue Book Num | Cr Hrs | Grade |
|---|---|---|---|
| CIVIL PROCEDURE (A) | 155 | 6 | C |
| CONSTITUTIONAL LAW I (A) | 157 | 4 | C |
| CONTRACTS (A) | 153 | 6 | B- |
| MOOT COURT |  | 0 | P |
| PROPERTY (A) | 213 | 4 | D |
| RESEARCH & WRITING SEMINAR II |  | 1 | B |

|  | Hours | GWP | GPA |  | Hours | GWP | GPA |  | Hours | GWP | GPA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current:** | 21 | 43.20 | 2.06 | **Yearly:** | 30 | 60.70 | 2.02 | **Cumulative:** | 30 | 60.70 | 2.02 |

Generated Mon Nov 21 18:55:39 2005
Copyright ©, Boston University
University Information Systems

# GRADES - DISPLAY                                                        Back |       Contact

**Displayed Semester:** Fall 2000

| Class | Sec | Title/Instructor | Cr Hrs | Grade |
|---|---|---|---|---|
| LAW JD813 | A1 | CONTRACTS PETTIT | 3.0 |  |
| LAW JD873 | A1 | CIVIL PROCEDURE FARNSWORTH | 3.0 |  |
| LAW JD884 | A1 | SEMINAR I STAFF | 1.0 |  |
| LAW JD892 | A1 | TORTS SILBAUGH | 4.0 |  |
| LAW JD946 | A1 | CRIMINAL LAW SIMONS | 4.0 |  |

**Semester GPI:** N/A

- Grade mailer option is no longer available for this semester. The option was last available on January 26, 2001.

### Grades for School of Law

| Course Desc | Blue Book Num | Cr Hrs | Grade |
|---|---|---|---|
| CIVIL PROCEDURE (A) |  | 0 | - |
| CONTRACTS (A) |  | 0 | - |

| | | | |
|---|---|---|---|
| CRIMINAL LAW (A) | 155 | 4 | D |
| RESEARCH & WRITING SEMINAR I | | 1 | B- |
| TORTS (A1) | 155 | 4 | B- |

| | Hours | GWP | GPA | | Hours | GWP | GPA | | Hours | GWP | GPA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current:** | 9 | 17.50 | 1.94 | **Yearly:** 9 | | 17.50 | 1.94 | **Cumulative:** 9 | | 17.50 | 1.94 |

---

Generated Mon Nov 21 18:57:17 2005
Copyright ©, Boston University
University Information Systems