UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Layla Kiani,
       Plaintiff,

V.

                                        CIVIL ACTION: 04-11838-PBS

Trustees of Boston University,
       Defendant.

## FINAL JUDGMENT

SARIS, U.S.D.J.                                                           November 28, 2005

     Pursuant to this Court's Endorsed Order of November 28, 2005, adopting the Magistrate Judge's Report and Recommendation dated November 10, 2005, allowing Summary Judgment in favor of the defendant, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the defendant, Trustees of Boston University.

                                                                         By the Court,

                                                                         /s/ Robert C. Alba
                                                                      Deputy Clerk