FILING FEE PAID:
RECEIPT #_____ 69103
AMOUNT S_____ 255.00
BY DPTY CLK_____ fow
DATE_____ 12/22/05

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS** OFFICE

2005 DEC 22   P 2: 14

C. A. NO. 04-CV-11838-PBS

DISTRICT OF MASS.

| | | |
|---|---|---|
| LAYLA KIANI | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | **PLAINTIFF'S NOTICE** |
| | ) | **OF APPEAL** |
| TRUSTEES OF BOSTON | ) | |
| UNIVERSITY. | ) | |
| Defendants. | ) | |
| | ) | |

Notice is hereby given that Plaintiff, Layla Kiani ("Ms. Kiani") in the above

named case, hereby appeals to the United States Court of Appeals for the First Circuit

from the Entry of Judgment entered in this action on the 28th day of November, 2005, and

the Denial of Plaintiff's Motion to Amend Complaint entered in this action on the 19th

day of December, 2005.

Respectfully submitted,
Layla Kiani, by her attorney
/S/ Benjamin B. Tariri

(f/k/a Ben Tahriri)
128A Tremont Street
Boston, MA 02108
Tel: (617) 574-9080
Fax: (617) 574-9070
BBO# 652042